MARYANNA HUDA, as Administratrix, etc., of VALENTINE
HUDA, Deceased, Appellant, *v.* THE AMERICAN GLUCOSE
COMPANY, Respondent.

(Argued March 1, 1897; decided March 9, 1897.)

MOTION to set aside order dismissing the appeal heretofore
taken herein (see 151 N. Y. 549) and place on the calendar as
a preferred cause, upon the ground that the Appellate Divis-

ion has since certified that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals.

*Le Roy Parker* for motion.

Motion granted.